# Ballard Spahr LLP

919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Charles A. Stillman
Tel: 212.223.0200 ext. 8015
Fax: 212.223.1942
stillmanc@ballardspahr.com

December 4, 2015

*By Electronic Filing*

Honorable Raymond Dearie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Webb, et al., 15 Cr. 252 (RJD)

Dear Judge Dearie:

Here is where we are on the two open items of collateral for the bond of Jose Maria Marin.

1. A total of $1 Million Dollars has been deposited with the Clerk of the Court.

2. We are continuing to diligently work on the $2 Million Dollar surety bond, but unfortunately that will not be resolved today. I request an additional week during which that final item of the bail package will hopefully be completed.

AUSA Nitze does not consent to this application.

Respectfully,

Charles A. Stillman

CAS:adk

cc:   AUSA Samuel Nitze (by email: Samuel.Nitze@usdoj.com)