```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653095669
Cashier ID: emanson
Transaction Date: 12/04/2015
Payer Name: Julio Barbosa
----------------------------------
TREASURY REGISTRY
 For: Jose Maria Marin
 Case/Party: D-NYE-1-15-CR-000252-008
 Amount:       $230,000.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $230,000.00
----------------------------------
Total Due:     $230,000.00
Total Tendered: $230,000.00
Change Amt:    $0.00
```