```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 2    ---------------------------------x
                                              15-CR-00252(PKC)
 3    UNITED STATES OF AMERICA,
                                              United States Courthouse
 4              Plaintiff,                    Brooklyn, New York

 5              -against-                     December 26, 2017
                                             9:00 a.m.
 6    JEFFREY WEBB, ET AL.,

 7              Defendant.

 8    ---------------------------------x

 9              TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
                BEFORE THE HONORABLE PAMELA K. CHEN
10                 UNITED STATES DISTRICT JUDGE
                          BEFORE A JURY
11

12    APPEARANCES

13    For the Government:          BRIDGET M. ROHDE, ESQ.
                                   Acting United States Attorney
14                                 Eastern District of New York
                                   271 Cadman Plaza East
15                                 Brooklyn, New York 11201
                                   BY:  SAM P. NITZE, AUSA
16                                      M. KRISTIN MACE, AUSA
                                        KEITH D. EDELMAN, AUSA
17

18    For Defendant 23            BRUCE L. UDOLF, ESQ.
      Manuel Burga                HULDA ESTAMA, ESQ.
19                                500 East Broward Boulevard
                                  Suite 1400
20                                Fort Lauderdale, Florida 33394

21

22    Court Reporter:            Georgette K. Betts, RPR, CSR, OCR
                                  Phone:  (718)804-2777
23                                Fax:    (718)804-2795
                                  Email:  Georgetteb25@gmail.com

24    Proceedings recorded by mechanical stenography.  Transcript
      produced by computer-aided transcription.
25
```

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1              (In open court; jury not present.)

2              THE COURT:  Good morning.  I hope everyone had at

3    least some rest over the long weekend and a good holiday if

4    you celebrate.

5              As you know, we're back here to first address the

6    note that we received from the jury, the second note after

7    their partial verdict note in which they asked a specific

8    question about how to apply the racketeering charge in Count

9    One -- or the instructions for the racketeering charge in

10   Count One.  The parties got together and crafted an

11   instruction for me to give the jury.  I just want to make sure

12   that everybody is still in agreement on it and make sure that

13   I understand exactly all of it.  Go ahead.

14             MR. UDOLF:  Judge, over the weekend I had an

15   opportunity to think on this a little more rather than just

16   giving an opinion on the fly.  It still concerns me that in

17   note number 20 they said that they were unable to reach a

18   verdict and then at least on the surface note 21 seemed to

19   contradict that.  So I think before we answer note 21 we ought

20   to at least resolve with the jury whether or not the situation

21   still remains that they feel like they're deadlocked.

22             THE COURT:  Well, they didn't use the word deadlock.

23             MR. UDOLF:  They said they weren't able to reach a

24   verdict.

25             THE COURT:  Right, but almost -- not almost

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1    immediately but certainly within an hour while we were

2    debating about what to do on the first note, which was note

3    20, they sent out this note 21 which made it clear that they

4    were still considering Count One as to I think a fair

5    inference Mr. Burga, because they had already reached their

6    verdicts on all of the other counts save this one and then

7    when they sent out this note it became clear that the one

8    count they were still debating was Count One and when they

9    delivered their partial verdict it became even clearer that

10   the only defendant as to who they hadn't reached a verdict was

11   Mr. Burga on Count One.

12           So to me I think the fair inference is that this is

13   the count that they had been unable to reach a verdict on, but

14   clearly something happened in the interim during the period

15   when we were still debating about how to respond to one or

16   both notes, and it seemed evident by virtue of their note that

17   they were saying they are still considering Mr. Burga for

18   Count One and that the source, I would infer, of their

19   inability, albeit temporary on reaching a verdict as to him on

20   that count had to do with this need for clarification on how

21   to apply the racketeering conspiracy statute or instruction.

22   So --

23           MR. UDOLF:  I guess, Judge, by agreeing to or trying

24   to come up with an answer to that second question, the

25   question to number 21, I want to make sure I didn't waive my

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

4827
PROCEEDINGS

1    right to move for a mistrial based on the communication from

2    note 20.  I think it's note 20.

3           THE COURT:  No, you can certainly move for a

4    mistrial.  I'm going to deny that request.  I think the only

5    practical difference, though, even if I agreed with you that I

6    should do something more in responding to their prior note

7    number 20 about not being able to reach a verdict, would be --

8    and you suggested this on Friday -- to give them an Allen

9    charge, because I certainly wouldn't end the deliberations now

10   especially in light of note number 21 which makes it clear

11   that they are still considering Count One as to Mr. Burga.

12   And I still don't think, given the sequence of events

13   especially the short time frame between their first note

14   saying they couldn't reach a verdict and then their second

15   note asking for clarification about Count One, when it's clear

16   they had already resolved Count One as to the other two

17   defendants and it's worth noting that we didn't respond to

18   note 21 until after they rendered their verdicts on the other

19   two defendants.  So you can't even infer that they were still

20   debating Count One as to all three defendants, rather the

21   logical way to construe or interpret their notes is we've

22   reached all the verdicts as to the two defendants on all the

23   counts and the only thing they were still debating is Count

24   One as to Mr. Burga.  So I'm going to reject your suggestion

25   that I ask them anything more.

PROCEEDINGS

1          I gave them a pretty clear instruction on Friday

2    that they were to come back to further deliberate on Mr. Burga

3    as to Count One which seems to be the only remaining issue.

4          MR. UDOLF:  As to whether or not an Allen charge

5    should be given, I think my position is now that at this point

6    it should not be given and the only thing I would ask in

7    addition to the proposals that were made on I guess it was

8    Friday, is that I think there's something -- my concern is

9    that if the Court just directly answers the question without

10   referring them to other pages in the charge the possibility of

11   that we may have a fait accompli in terms of a guilty verdict

12   is very real to me.

13         THE COURT:  Well, I think there might be a fait

14   accompli, you're right, but only because I'm telling them the

15   answer to the question that they asked that clearly seems to

16   be the impediment to reaching a verdict, but, secondly, and

17   this is what I was going to talk with you about today, part of

18   the requested instruction that the parties agreed on is

19   referring them back to portions of the jury charge

20   specifically pages 33 through 38 and then focusing them on the

21   bottom of page 33 to the first page of 34.  I think that's my

22   recollection.  But I did want to clarify that with everybody

23   because I have a two-sided instruction, so I want to make sure

24   that everyone recalls that that was going to be part of the

25   instruction.

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1           MR. UDOLF:  That's my recollection.

2           THE COURT:  Okay.

3           MR. UDOLF:  And I would further ask you call the

4    jury's attention to the instructions regarding conspiracy on

5    page 22 of the charge as well.

6           THE COURT:  Okay.  Hang on one second.  So everyone

7    can take a look at page 22.  The part about mere knowledge or

8    acquiescence not being enough.

9           MR. UDOLF:  The paragraph before that as well.

10          THE COURT:  Mere presence.

11          MR. UDOLF:  Right.

12          THE COURT:  So you want me to also say, I also

13   remind you about pages 22 and 33 through 38 or -- and then,

14   again at the end of this instruction, just so everyone

15   remembers, I will remind them they should not single out any

16   one instruction, it seems contrary to what I'm going to tell

17   them to do, but nonetheless I think I will finish with the,

18   remember you have to consider the instructions as a whole.

19          MR. NITZE:  Two points.  First, I think there was

20   also, at Mr. Udolf's request, a reference to paragraph on

21   page 36 in the specific paragraph referred to --

22          THE COURT:  Yes.

23          MR. NITZE:  -- you mentioned the bottom of 33, was

24   there also 36?

25          THE COURT:  Yes, there was.  So I didn't finish.

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1    The agreed upon instruction was, I refer you to the

2    instructions concerning the fifth element of racketeering

3    conspiracy on pages 33 through 38 of the instructions.  In

4    particular, the bottom of page 33 to the first paragraph of 34

5    and the first two paragraphs at the top of 36.

6              MR. NITZE:  Okay.  And so, relatedly, I guess, I

7    mean those paragraphs have been selected because they balance

8    one another and we do think it's good that the Court is also

9    advising the jury to consider the instructions as a whole, but

10   with respect to conspiracy to just refer to the mere presence

11   paragraph we would object to.  So we would ask that they just

12   be referred to the conspiracy instruction starting on page 19

13   and going through 22, which would include the paragraph

14   Mr. Udolf is referring to.

15             THE COURT:  That's all right, I'm going to overrule

16   the government's objection.  I understand your concern in this

17   particular moment.  I will say this, the government is not

18   wrong in that what you want me to reference them to has

19   nothing to do with the question that they asked, but you have

20   I think more of a concern about creating some momentum towards

21   a verdict.  Nonetheless, I will add a reference to page 22

22   where I say -- it doesn't really fit with the introduction,

23   but I will say something to the effect of I will also remind

24   you about the instruction on page 22.

25             MR. NITZE:  The government's concern there, if I

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1    could just articulate it further.

2              THE COURT:  Yes, go ahead.

3              MR. NITZE:  It's just I think it may relate to this,

4    to the extent the jury is focused on the sort of particular

5    aspect of facts as they relate to Mr. Burga, that is he

6    didn't -- the money was held for him or that's our way of

7    viewing it, but that the mere presence language that may be an

8    aspect of this that they may be thinking about is how engaged

9    was he, what exactly was his involvement, does he have to have

10   agreed to specific acts or is it enough that he agreed that

11   somebody would commit any act, that question goes a bit to

12   sort of where he sits relative to the other conspirators.  So

13   a reference to mere presence sort of highlights one part of

14   the conspiracy charge, which is if you're just there you're

15   not in but there are other important instructions relative to

16   conspiracy about not needing to know all the other

17   conspirators, not needing to know specifically each of the

18   objectives, you know, there is other language that is

19   important with respect to what makes you a member of a

20   conspiracy.

21             THE COURT:  Yes.

22             MR. NITZE:  So the worry is to just focus on the

23   mere presence language given that that maybe one of the things

24   they're thinking about, overly highlights that one piece of

25   charge.

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

4832

PROCEEDINGS

1          MR. UDOLF:  But if the Court is going to tell the

2    jury that basically it's okay, it's sufficient if he agreed to

3    the commission of two types of these acts, two types of wire

4    fraud or wire fraud and a money laundering, then they have to

5    evaluate that in terms of his participation with these people

6    and whether or not he agreed to it.  And one of those things

7    not so much the mere presence charge but the sentence after

8    that, a person may know or be friendly with a criminal being

9    or be a criminal himself.

10          THE COURT:  Well here's my compromise on this folks

11    I'm going to suggestion again that they look also at the

12    instructions regarding conspiracy, which are at pages 20

13    through 22.  That presents the balanced picture of conspiracy,

14    which I understand why I think you're both right that I guess

15    this question does relate in some way to that issue as well,

16    not just how do you apply the racketeering statute and

17    instructions but rather what does it mean to be part of a

18    conspiracy to engage in racketeering acts.

19          So I think what I'll do is to have the jury or

20    reference the jury back to counts -- sorry to pages 20 to 22

21    regarding both conspiracy and the fifth element of

22    racketeering conspiracy and then focus them -- if you folks

23    want still on I guess that's pages 33 to -- I think my

24    preference would actually be not to reference them to any

25    specific pages within this instruction after I tell them 20

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1    through 22 and 33 through 38.

2            Is there a reason that you both wanted to reference

3    also 33 to 34 and the first two paragraphs of 36?

4            Oh, I see.  The top of 36 directly addresses this

5    issue.

6            MR. UDOLF:  Right.  I mean I don't really care if

7    you want to go all the way up to 38 but it seems like it would

8    be creating more confusion than anything else, but --

9            THE COURT:  Here's what I propose.  I propose to

10   modify this last part of it to say:  I refer you to the

11   instructions concerning both conspiracy and the fifth element

12   of racketeering conspiracy on pages 20 through 22 and also 33

13   through 38 of the instructions.  In particular, the bottom of

14   page 33 to the first paragraph of 34 and the first two

15   paragraphs on the top of page 36.

16           I think I might actually rephrase that to say in

17   particular, and then those pages, address the specific

18   question that you've raised but that's what I would propose.

19   So in toto it would read:  I refer you to the instruction

20   concerning conspiracy and the fifth element of racketeering

21   conspiracy on pages 20 through 22 and 33 through 38 of the

22   instructions.  In particular, the bottom of page 33 to the

23   first paragraph of 34 and the first two paragraphs on the top

24   of page 36 specifically address the question that you raised.

25   Is that overemphasis?

4834

PROCEEDINGS

1          MR. NITZE:  I don't know if we need the part about

2    specifically addresses the question that you raised, but I'm

3    standing to make sure you're still reading the first part.

4          THE COURT:  Correct, correct.

5          MR. UDOLF:  Can we hear that again.

6          THE COURT:  Yes.  So I refer you to the instructions

7    concerning conspiracy generally and the fifth element of

8    racketeering conspiracy.

9          MR. NITZE:  My apologies for interrupting.  I mean,

10   the first part -- we had proposed --

11         THE COURT:  No, absolutely, but I think you wanted

12   me to read just this part?

13         MR. UDOLF:  No, I want the whole thing.

14         THE COURT:  I'm sorry.  I'll go over the whole

15   thing.  With regard to your specific question as to Count One,

16   it is sufficient if the government proves beyond a reasonable

17   doubt that the defendant agreed to participate in the

18   enterprise -- you know what would be easier, folks, I'll make

19   you guys a copy of it.  It seems easier for us if we all have

20   a copy.  I think it will make it a little easier.

21             In addition, folks, while we are taking this break,

22   Ms. Abdallah advised me alternate number 3 wasn't able to

23   return because a close member of his family, I want to say

24   father-in-law passed away over the holiday weekend so he's no

25   longer sitting or on the -- sitting as an alternate anymore.

PROCEEDINGS

1   So we have still have three alternates -- four alternates,

2   four alternates.

3              MR. NITZE:  Your Honor, while we're waiting we also

4   prepared a verdict sheet --

5              THE COURT:  Perfect.

6              MR. NITZE:  -- and we showed it to Mr. Udolf.

7              THE COURT:  I was going to ask you about that,

8   that's great.  Thank you.

9              So I don't think I need to read the first page to

10  everybody, you could read it to yourselves now that you have a

11  hard copy.

12             MR. UDOLF:  This doesn't have the conspiracy.

13             THE COURT:  So flip to the second page -- no, right

14  exactly, I haven't added the new language yet I just want to

15  make sure we're in agreement on it before I make any changes.

16             Does anyone have any comments about the first page?

17             MR. UDOLF:  No.

18             THE COURT:  So the second page, as I said before, I

19  propose to add the following language:  I refer you to the

20  instructions, plural, concerning conspiracy generally and the

21  fifth element of racketeering conspiracy on pages 20 through

22  22 and 33 through 38 of the instruction -- now maybe I will

23  just leave it the way it is -- comma, in particular, the

24  bottom of page 33 to the first paragraph of 34, et cetera.  I

25  had proposed earlier that perhaps we put a period after the

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1   phrase 33 through 38 of the instructions and then say in

2   particular, the bottom of page 33 and then continue on to the

3   top of page 36, specifically answers the question that you

4   raised, but if people don't want that additional emphasis I'll

5   leave it the way it is.

6            MR. NITZE:  That sounds fine.

7            THE COURT:  Leave it the way it is except for the

8   couple of additions I mentioned based on what you wanted,

9   Mr. Udolf, to add the conspiracy law which is 20 to 22.

10           MR. UDOLF:  Right.

11           THE COURT:  All right.  Let's bring the jury out

12  here.

13           And then when you have a chance, Mr. Udolf, take a

14  look at the revised verdict sheet so we can send that back.

15           MR. UDOLF:  I have, Your Honor, it's fine.

16           THE COURT:  Okay.

17           MR. NITZE:  Is it Your Honor's plan to read back

18  their note and then read back this instruction?

19           THE COURT:  Correct.

20           (Jury enters courtroom.)

21           THE COURT:  Good morning, ladies and gentlemen, have

22  a seat.  I hope you had a nice, restful and enjoyable holiday

23  weekend.

24           All right.  I'm now turning to the second note that

25  you sent us on Friday which I've marked as Court Exhibit

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1  Number 21 and it reads:  For Count One, if we unanimously find

2  that two specific racketeering conspiracy acts of the type or

3  types, you put an S in parentheses, named in the indictment

4  were committed by members of the conspiracy, must we find that

5  the defendant, in agreeing to participate in the conspiracy,

6  knew and intended that a co-conspirator would cause those

7  aforementioned racketeering acts to occur, or is it sufficient

8  that he knew and intended that any, underlined, two

9  racketeering acts of the type or types named in the indictment

10  would be caused by a co-conspirator.

11        And here is the response to your question:

12        With regard to your specific question as to Count

13  One, it is sufficient if the government proves beyond a

14  reasonable doubt that the defendant agreed to participate in

15  the enterprise knowing and intending that any two racketeering

16  acts of the type or types specified in the indictment would be

17  committed by a co-conspirator.  But I remind you that your

18  verdict must be unanimous as to which type or types of

19  racketeering activity you find that the defendant agreed was

20  or would be committed.

21        Also, I refer you to the instructions concerning

22  conspiracy generally and the fifth element of racketeering

23  conspiracy on pages 20 to 22 and 33 through 38 of the

24  instructions.  In particular, the bottom of page 33 to the

25  first paragraph of 34 and the first two paragraphs on the top

PROCEEDINGS

1   of page 36.

2          I also remind you that you should not single out any

3   one instruction as alone stating the law but should consider

4   my instructions as a whole.

5          Okay, so with that we will send you back to your

6   deliberations and thank you very much, ladies and gentlemen.

7          THE COURTROOM DEPUTY:  All rise.

8          (Jury exits courtroom.)

9          THE COURT:  Have a seat, everyone.  With the

10  agreement of the parties we'll send back the revised verdict

11  sheet which will be marked Court Exhibit Number 22; is that

12  right, Fida.

13         THE COURTROOM DEPUTY:  Twenty-four.

14         THE COURT:  Twenty-four.

15         THE COURTROOM DEPUTY:  Twenty-two and 23 were notes.

16         THE COURT:  Okay.  So Court Exhibit Number 24 will

17  be the revised verdict sheet.

18         (Court Exhibit 24, was received in evidence.)

19         THE COURT:  And then just one other note for

20  everyone, it's really nothing we can do about it, but there

21  isn't a CSO available to watch over the alternate jurors.  We

22  haven't had any issues though at all and they are obviously --

23         THE COURTROOM DEPUTY:  On a separate floor.

24         THE COURT:  -- on a separate floor from the regular

25  jurors and also they are not in any public area.  So they have

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

4839

PROCEEDINGS

1   been here every day since over a week now so they pretty much

2   know what the rules and drill are and they've been extremely

3   cooperative and compliant.

4            MR. UDOLF:  That doesn't present an issue as far as

5   we're concerned, Your Honor.

6            THE COURT:  Excuse me?

7            MR. UDOLF:  That doesn't present any issue as far as

8   we're concerned.

9            THE COURT:  Thank you very much, Mr. Udolf.

10           All right.  You're free to go, but just make sure

11  that Ms. Abdallah has your cell phone numbers, if she doesn't

12  already.

13           (Pause.)

14           THE COURT:  Okay, well, proves the rules of jurors

15  are much more efficient than we give them credit for.  I will

16  read this, it is short but you will get a copy as well and it

17  will be marked Court Exhibit Number 25.  However, I think we

18  first need to send back 24, which is the verdict sheet because

19  the note reads:  The jury has a verdict.

20           You need to go?

21           MR. UDOLF:  I need to go to the restroom.

22           THE COURT:  Okay.  Go ahead.

23           Ms. Abdallah will bring the verdict sheet back to

24  them.

25           (Court Exhibit 25, was received in evidence.)

4840
PROCEEDINGS

1          (Pause.)

2          THE COURT:  In light of the note we received, I'm

3    going to just call the jury out to deliver their verdict.  So

4    they have the page, obviously they'll fill it out and bring it

5    with them.

6          What happened to Mr. Udolf.

7          THE COURTROOM DEPUTY:  He went to the bathroom

8    that's why we're waiting.

9          THE COURT:  Sorry.

10          MR. UDOLF:  Your Honor, before we bring the jury

11    back it occurs to me that the jury couldn't possibly have

12    looked at all the citations to the jury's charge -- to the

13    Court's charge rather in the time that they were out, which is

14    about 60 seconds by my count.  We would ask for a mistrial, in

15    the alternative we would renew our motion for directed

16    verdict.

17          THE COURT:  I'm going to deny the mistrial.  I do

18    note that there was probably a minute between the time I

19    instructed them and they left the courtroom and they returned

20    with a note.  However, they didn't necessarily have to review

21    the instruction citations I gave them.  They could have, quite

22    frankly, because we took about 40 minutes to discuss the

23    instruction itself, they could have resolved the issue

24    themselves even before I instructed them at all in response to

25    their note.  And also they could have taken the first page

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1   answer -- or the answer that was on the first page as what

2   they needed to hear because it was a direct answer to their

3   question.  All of those are possibilities.  The bottom line is

4   they didn't have to do anything further in terms of the

5   instructions I gave them.  They could have come up with the

6   answer on their own and it would be entirely valid and within

7   their province to do so, so I'm going to deny the request for

8   a mistrial.  I don't find anything inappropriate even assuming

9   that they had reached the conclusion even before I gave them

10  the additional instructions.

11          Do you want to say anything, Mr. Nitze?

12          MR. NITZE:  Just to also add, that the jury has had

13  a charge and clearly is a jury that continues to work even as

14  they wait for responses and they did have quite a fair amount

15  of time last week before the break to continue to deliberate

16  and talk and work through the charge.  So it's entirely

17  possible that this jury, which has been, as everybody

18  acknowledged, conscientious and hard working worked through

19  some of these issues even before they arrived here this

20  morning.

21          THE COURT:  Right.  And I think it's certainly

22  likely they looked at the instructions while they were waiting

23  for us to get back to them, which as I said took us about 40

24  minutes from the time they arrived or maybe a half an hour

25  from the time they arrived.  So according to my deputy they

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1  got here around nine and were all gathered.  We didn't get

2  them any response until about 9:40 or so, so it seems

3  perfectly logical and reasonable to infer that they looked at

4  the instructions and figured out the answer or just figured

5  out the answer themselves.  Okay.

6              (Jury enters courtroom.)

7              THE COURTROOM DEPUTY:  All rise.

8              THE COURT:  Welcome back, ladies and gentlemen, have

9  a seat.  I received your latest note, which has been marked

10  Court Exhibit Number 25 and reads:  The jury has a verdict.

11             Ms. Abdallah has just handed up to me the verdict

12  sheet which was marked as Court Exhibit Number 24 and it is

13  the verdict sheet for defendant Manuel Burga.

14             All right.  I'm going to have Ms. Abdallah hand it

15  back to the foreperson.  If you'll rise, Mr. Foreperson.  As

16  to Count One, racketeering conspiracy as to defendant Manuel

17  Burga, how do you find guilty or not guilty?

18             THE FOREPERSON:  Not guilty.

19             THE COURT:  Thank you very much.  You can take that

20  back.

21             Would anyone like the jury to be polled?

22             MR. NITZE:  Yes, Your Honor.

23             THE COURT:  Okay.

24             Juror Number 1, is that your verdict?

25             JUROR NUMBER 1:  Yes, Your Honor.

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1      THE COURT:  Juror number 2?

2      JUROR NUMBER 2:  Yes, Your Honor.

3      THE COURT:  Juror number 3?

4      JUROR NUMBER 3:  Yes, Your Honor.

5      THE COURT:  Juror number 4?

6      JUROR NUMBER 4:  Yes, Your Honor.

7      THE COURT:  Juror number 5?

8      JUROR NUMBER 5:  Yes, Your Honor.

9      THE COURT:  Juror number 6?

10     JUROR NUMBER 6:  Yes, Your Honor.

11     THE COURT:  Juror number 7?

12     JUROR NUMBER 7:  Yes, Your Honor.

13     THE COURT:  Juror number 8?

14     JUROR NUMBER 8:  Yes, Your Honor.

15     THE COURT:  Juror number 9?

16     JUROR NUMBER 9:  Yes, Your Honor.

17     THE COURT:  Juror number 10?

18     JUROR NUMBER 10:  Yes, Your Honor.

19     THE COURT:  Juror number 11?

20     JUROR NUMBER 11:  Yes, Your Honor.

21     THE COURT:  Juror number 12?

22     JUROR NUMBER 12:  Yes, Your Honor.

23     THE COURT:  Thank you very much.  You have our

24  deepest gratitude for your service, which has been

25  extraordinary especially given the time of year and the length

PROCEEDINGS

1    of your service.

2            I know that the parties appreciate your diligence,

3    attention and dedication to reaching a just verdict in this

4    case, so you have our thanks.

5            Happy new year to everyone.  Enjoy the rest of the

6    holiday season and we will let you return to the jury room.

7    Thank you again.

8            THE COURTROOM DEPUTY:  All rise.

9            (Jury exits courtroom.)

10           THE COURT:  Folks, I am going to ask you to sit

11   tight for just a minute, I want to go back and talk to the

12   jury very briefly.  It is my custom always to thank them and

13   in a trial this length I particularly want to let them know

14   how extraordinary their service really was.

15           I, of course, will not talk about the case at all.

16   I will tell them if they are approached by either party they

17   have the choice to speak to them or not, just so you know.

18           Also, we're going to gather together the alternates

19   so they can be rejoined with the regular jury.

20           If you folks just stay here for just a minute, I

21   want to make sure we don't have any remaining issues.  It

22   won't take very long.

23           (Pause.)

24           THE COURT:  Thanks for being patient.

25           MR. NITZE:  Mr. Udolf is not here.  I was having a

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1    chat for them and getting suggestions on how we can improve

2    the system.  They had one very good suggestion which is I

3    should tell them before summations that they're not going to

4    be able to get a copy of the summations sent back to them

5    because some of them stopped taking notes, they said, during

6    Ms. Mace's summation because they figured they could get a

7    copy and then they were sorely disappointed when I told them

8    that they weren't going to it.

9            Some of the jurors are willing to speak to people.

10   I didn't know if anybody wanted to so the invitation is open

11   to you to go back there if you'd like to speak to them.

12   They're waiting to get their certificates of service, so they

13   are here.  I know that's always fraught, I leave it to your

14   choice.

15           Is there anything I need to address with those

16   parties that are here?  We, obviously have a briefing schedule

17   relating to the other defendants.

18           MR. UDOLF:  There's the issue of his passport.

19           THE COURT:  Pretrial services has it right?

20           MR. BURGA:  No, FBI, I gave it to the FBI.

21           THE COURT:  The FBI agent looks surprised.

22           MR. CALLAHAN:  I am.

23           MR. NITZE:  We will look into it.

24           THE COURT:  Why don't you talk with the government

25   whoever has it should return it and then if there is some

PROCEEDINGS

1    issue I'm here all day, obviously call me.  Or if it's

2    pretrial services, we will try to locate someone.  That would

3    be the norm actually.

4            MR. UDOLF:  Obviously he would like to get back to

5    his family immediately.

6            THE COURT:  For sure.

7            Nice to see you, Ms. Estama, perhaps you are a good

8    luck charm of some sort --

9            MS. ESTAMA:  Thank you.

10           THE COURT:  Aside from being a very good lawyer.  I

11   didn't me to reduce you to a lucky charm.

12           MR. BURGA:  Thank you very much.  Can I approach the

13   bench?  Thank you very much, Judge, pleasure.

14           THE COURT:  Good travels.

15           MR. BURGA:  Thank you, Ms. Abdallah.

16           THE COURT:  Mr. Udolf, do you want to speak to

17   anyone?  I just want to know so I can tell them not to wait

18   for you folks.

19           MR. UDOLF:  I wouldn't mind talking to them if they

20   would be willing.  I don't usually do it.  I never had --

21   we're not allowed to do it in the Southern District of

22   Florida.

23           THE COURT:  You may want to be present then I

24   assume?

25           MS. MACE:  No, but we just note that the ruling with

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

PROCEEDINGS

1  regard to anonymity should stay in place, and Mr. Udolf should

2  certainly not disclose the identity of any of the jurors.

3           MR. UDOLF:  I wouldn't do that.

4           THE COURT:  No.  And, quite frankly, I will probably

5  go back with you just to make sure we don't have any issues.

6  Ms. Estama, you're coming back too?

7           MS. ESTAMA:  Yes, please.

8           MR. BURGA:  I'm not going.

9           THE COURT:  I would suggest just maybe the lawyers,

10  if anyone.  Okay.

11           (Whereupon, the trial concluded at 10:25 a.m.)

12

13

14

15                     I N D E X

16

17                   E X H I B I T S

18
    COURT                   PAGE
19  24                      4838

20  25                      4839

21

22

23

24

25

GEORGETTE K. BETTS, RPR, CSR
Official Court Reporter

MR. NITZE: [16]  4829/18 4829/22
4830/5 4830/24 4831/2 4831/21
4833/25 4834/8 4835/2 4835/5 4836/5
4836/16 4841/11 4842/21 4844/24
4845/22
MR. UDOLF: [24]  4825/13 4825/22
4826/22 4828/3 4828/25 4829/2 4829/8
4829/10 4831/25 4833/5 4834/4
4834/12 4835/11 4835/16 4836/9
4836/14 4839/3 4839/6 4839/20 4840/9
4845/17 4846/3 4846/18 4847/2
MS. ESTAMA: [2]  4846/8 4847/6
MS. MACE: [1]  4846/24
THE COURT: [69]
THE COURTROOM DEPUTY: [7]
4838/6 4838/12 4838/14 4838/22
4840/6 4842/6 4844/7

**-**

--------------------------------x [2]  4824/2
4824/8
-against [1]  4824/5

**0**

00252 [1]  4824/2

**1**

10 [2]  4843/17 4843/18
10:25 a.m [1]  4847/11
11 [2]  4843/19 4843/20
11201 [1]  4824/15
12 [2]  4843/21 4843/22
1400 [1]  4824/19
15-CR-00252 [1]  4824/2
19 [1]  4830/12

**2**

20 [13]  4825/17 4826/3 4827/2 4827/2
4827/7 4832/12 4832/20 4832/25
4833/12 4833/21 4835/21 4836/9
4837/23
2017 [1]  4824/5
21 [7]  4825/18 4825/19 4826/3 4826/25
4827/10 4827/18 4837/1
22 [15]  4829/5 4829/7 4829/19 4830/13
4830/21 4830/24 4832/13 4832/20
4833/1 4833/12 4833/21 4835/22
4836/9 4837/23 4838/11
23 [2]  4824/18 4838/15
24 [4]  4838/16 4838/18 4839/18
4842/12
25 [3]  4839/17 4839/25 4842/10
26 [1]  4824/5
271 [1]  4824/14
2777 [1]  4824/22
2795 [1]  4824/22

**3**

33 [19]  4828/20 4828/21 4829/13
4829/23 4830/3 4830/4 4832/23 4833/1
4833/3 4833/12 4833/18 4833/21
4833/22 4835/22 4835/24 4836/1
4836/2 4837/23 4837/24
33394 [1]  4824/20
34 [7]  4828/21 4830/4 4833/3 4833/14
4833/23 4835/24 4837/25
36 [9]  4829/21 4829/24 4830/5 4833/3

4833/4 4833/15 4833/24 4836/3 4838/1
38 [10]  4828/20 4829/13 4830/3 4833/1
4833/7 4833/13 4833/21 4835/21
4836/1 4837/23

**4**

40 [2]  4840/22 4841/23

**5**

500 [1]  4824/19

**6**

60 [1]  4840/14

**7**

718 [2]  4824/22 4824/22

**8**

804-2777 [1]  4824/22
804-2795 [1]  4824/22

**9**

9:00 [1]  4824/5
9:40 [1]  4842/2

**A**

a.m [2]  4824/5 4847/11
Abdallah [6]  4834/22 4839/11 4839/23
4842/11 4842/14 4846/15
able [4]  4825/23 4827/7 4834/22
4845/4
absolutely [1]  4834/11
accompli [2]  4828/11 4828/14
according [1]  4841/25
acknowledged [1]  4841/18
acquiescence [1]  4829/8
act [1]  4831/11
Acting [1]  4824/13
activity [1]  4837/19
acts [7]  4831/10 4832/18 4832/18
4837/2 4837/7 4837/9 4837/16
add [4]  4830/21 4835/19 4836/9
added [1]  4835/14
addition [2]  4828/7 4834/21
additional [2]  4836/4 4841/10
additions [1]  4836/8
address [4]  4825/5 4833/17 4833/24
4845/15
addresses [2]  4833/4 4834/2
advised [1]  4834/22
advising [1]  4830/9
aforementioned [1]  4837/7
after [5]  4827/6 4827/18 4832/7
4832/25 4835/25
against [1]  4824/5
agent [1]  4845/21
agreed [10]  4827/5 4828/18 4830/1
4831/10 4831/10 4832/2 4832/6
4834/17 4837/14 4837/19
agreeing [2]  4826/23 4837/5
agreement [3]  4825/12 4835/15
4838/10
ahead [3]  4825/13 4831/2 4839/22
aided [1]  4824/24
AL [1]  4824/6
albeit [1]  4826/19
all [23]  4825/13 4826/6 4827/20
4827/22 4827/22 4830/15 4831/16

4833/7 4834/19 4836/11 4836/24
4838/7 4838/22 4839/10 4840/12
4840/24 4841/3 4842/1 4842/7 4842/14
4844/8 4844/15 4846/1
Allen [2]  4827/8 4828/4
allowed [1]  4846/21
almost [2]  4825/25 4825/25
alone [1]  4838/3
alternate [3]  4834/22 4834/25 4838/21
alternates [4]  4835/1 4835/1 4835/2
4844/18
alternative [1]  4840/15
always [2]  4844/12 4845/13
am [2]  4844/10 4845/22
AMERICA [1]  4824/3
amount [1]  4841/14
anonymity [1]  4847/1
another [1]  4830/8
answer [9]  4825/19 4826/24 4828/15
4841/1 4841/1 4841/2 4841/6 4842/4
4842/5
answers [2]  4828/9 4836/3
anymore [1]  4834/25
apologies [1]  4834/9
APPEARANCES [1]  4824/12
apply [4]  4825/8 4826/21 4832/16
appreciate [1]  4844/2
approach [1]  4846/12
approached [1]  4844/16
area [1]  4838/25
around [1]  4842/1
arrived [3]  4841/19 4841/24 4841/25
articulate [1]  4831/1
Aside [1]  4846/10
aspect [2]  4831/5 4831/8
assume [1]  4846/24
assuming [1]  4841/8
attention [2]  4829/4 4844/3
Attorney [1]  4824/13
AUSA [3]  4824/15 4824/16 4824/16
available [1]  4838/21
away [1]  4834/24

**B**

back [22]  4825/5 4828/2 4828/19
4832/20 4836/14 4836/17 4836/18
4838/5 4838/10 4839/18 4839/23
4840/11 4841/23 4842/8 4842/15
4842/20 4844/11 4845/4 4845/11
4846/4 4847/5 4847/6
balance [1]  4830/7
balanced [1]  4832/13
based [2]  4827/1 4836/8
basically [1]  4832/2
bathroom [1]  4840/7
became [2]  4826/7 4826/9
before [12]  4824/9 4824/10 4825/19
4829/9 4835/15 4835/18 4840/10
4840/24 4841/9 4841/15 4841/19
4845/3
bench [1]  4846/13
Betts [1]  4834/21
between [2]  4827/13 4840/18
beyond [2]  4834/16 4837/13
bit [1]  4831/11
bottom [9]  4828/21 4829/23 4830/4
4833/13 4833/22 4835/24 4836/2
4837/24 4841/3
Boulevard [1]  4824/19

**B**

break [2]  4834/21 4841/15
BRIDGET [1]  4824/13
briefing [1]  4845/16
briefly [1]  4844/12
bring [4]  4836/11 4839/23 4840/4
 4840/10
Brooklyn [2]  4824/4 4824/15
Broward [1]  4824/19
BRUCE [1]  4824/18
Burga [14]  4824/18 4826/5 4826/11
 4826/17 4827/11 4827/24 4828/2
 4831/5 4842/13 4842/17 4845/20
 4846/12 4846/15 4847/8

**C**

Cadman [1]  4824/14
call [3]  4829/3 4840/3 4846/1
CALLAHAN [1]  4845/22
care [1]  4833/6
case [2]  4844/4 4844/15
cause [2]  4824/9 4837/6
caused [1]  4837/10
celebrate [1]  4825/4
cell [1]  4839/11
certainly [5]  4826/1 4827/3 4827/9
 4841/21 4847/2
certificates [1]  4845/12
cetera [1]  4835/24
chance [1]  4836/13
changes [1]  4835/15
charge [14]  4825/8 4825/9 4827/9
 4828/4 4828/10 4828/19 4829/5
 4831/14 4831/25 4832/7 4840/12
 4840/13 4841/13 4841/16
charm [2]  4846/8 4846/11
chat [1]  4845/1
CHEN [1]  4824/9
choice [2]  4844/17 4845/14
citations [2]  4840/12 4840/21
clarification [2]  4826/20 4827/15
clarify [1]  4828/22
clear [5]  4826/3 4826/7 4827/10
 4827/15 4828/1
clearer [1]  4826/9
clearly [3]  4826/14 4828/15 4841/13
close [1]  4834/23
co [3]  4837/6 4837/10 4837/17
co-conspirator [3]  4837/6 4837/10
 4837/17
coming [1]  4847/6
comma [1]  4835/23
comments [1]  4835/16
commission [1]  4832/3
commit [1]  4831/11
committed [3]  4837/4 4837/17 4837/20
communication [1]  4827/1
compliant [1]  4839/3
compromise [1]  4832/10
computer [1]  4824/24
computer-aided [1]  4824/24
concern [4]  4828/8 4830/16 4830/20
 4830/25
concerned [2]  4839/5 4839/8
concerning [6]  4830/2 4833/11 4833/20
 4834/7 4835/20 4837/21
concerns [1]  4825/16
concluded [1]  4847/11

conclusion [1]  4841/9
confusion [1]  4833/8
conscientious [1]  4841/18
consider [3]  4829/18 4830/9 4838/3
considering [3]  4826/4 4826/17
 4827/11
conspiracy [29]
conspirator [3]  4837/6 4837/10 4837/17
conspirators [2]  4831/12 4831/17
construe [1]  4827/21
continue [2]  4836/2 4841/15
continues [1]  4841/13
contradict [1]  4825/19
contrary [1]  4829/16
cooperative [1]  4839/3
copy [6]  4834/19 4834/20 4835/11
 4839/16 4845/4 4845/7
correct [3]  4834/4 4834/4 4836/19
count [20]  4825/8 4825/10 4826/4
 4826/8 4826/8 4826/11 4826/13
 4826/18 4826/20 4827/11 4827/15
 4827/16 4827/20 4827/23 4828/3
 4834/15 4837/1 4837/12 4840/14
 4842/16
counts [3]  4826/6 4827/23 4832/20
couple [1]  4836/8
course [1]  4844/15
court [15]  4824/1 4824/21 4825/1
 4828/9 4830/8 4832/1 4836/25 4838/11
 4838/16 4838/18 4839/17 4839/25
 4842/10 4842/12 4847/18
Court's [1]  4840/13
Courthouse [1]  4824/3
courtroom [5]  4836/20 4838/8 4840/19
 4842/6 4844/9
CR [1]  4824/2
crafted [1]  4825/10
creating [2]  4830/20 4833/8
credit [1]  4839/15
criminal [3]  4824/9 4832/8 4832/9
CSO [1]  4838/21
CSR [1]  4824/21
custom [1]  4844/12

**D**

day [2]  4839/1 4846/1
deadlock [1]  4825/22
deadlocked [1]  4825/21
debating [5]  4826/2 4826/8 4826/15
 4827/20 4827/23
December [1]  4824/5
dedication [1]  4844/3
deepest [1]  4843/24
defendant [9]  4824/7 4824/18 4826/10
 4834/17 4837/5 4837/14 4837/19
 4842/13 4842/16
defendants [5]  4827/17 4827/19
 4827/20 4827/22 4845/17
deliberate [2]  4828/2 4841/15
deliberations [2]  4827/9 4838/6
deliver [1]  4840/3
delivered [1]  4826/9
deny [3]  4827/4 4840/17 4841/7
deputy [1]  4841/25
difference [1]  4827/5
diligence [1]  4844/2
direct [1]  4841/2
directed [1]  4840/15
directly [2]  4828/9 4833/4

disappointed [1]  4845/7
disclose [1]  4847/2
discuss [1]  4840/22
DISTRICT [5]  4824/1 4824/1 4824/10
 4824/14 4846/21
doubt [2]  4834/17 4837/14
drill [1]  4839/2
during [2]  4826/14 4845/5

**E**

easier [3]  4834/18 4834/19 4834/20
East [2]  4824/14 4824/19
EASTERN [2]  4824/1 4824/14
EDELMAN [1]  4824/16
effect [1]  4830/23
efficient [1]  4839/15
either [1]  4844/16
element [7]  4830/2 4832/21 4833/11
 4833/20 4834/7 4835/21 4837/22
Email [1]  4824/23
emphasis [1]  4836/4
end [2]  4827/9 4829/14
engage [1]  4832/18
engaged [1]  4831/8
Enjoy [1]  4844/5
enjoyable [1]  4836/22
enough [2]  4829/8 4831/10
enterprise [2]  4834/18 4837/15
enters [2]  4836/20 4842/6
entirely [2]  4841/6 4841/16
especially [3]  4827/10 4827/13 4843/25
ESQ [3]  4824/13 4824/18 4824/18
ESTAMA [3]  4824/18 4846/7 4847/6
et [2]  4824/6 4835/24
evaluate [1]  4832/5
events [1]  4827/12
evidence [2]  4838/18 4839/25
evident [1]  4826/16
exactly [3]  4825/13 4831/9 4835/14
except [1]  4836/7
Excuse [1]  4839/6
Exhibit [8]  4836/25 4838/11 4838/16
 4838/18 4839/17 4839/25 4842/10
 4842/12
exits [2]  4838/8 4844/9
extent [1]  4831/4
extraordinary [2]  4843/25 4844/14
extremely [1]  4839/2

**F**

facts [1]  4831/5
fair [3]  4824/4 4826/12 4841/14
fait [2]  4828/11 4828/13
family [2]  4834/23 4846/5
far [2]  4839/4 4839/7
father [1]  4834/24
father-in-law [1]  4834/24
Fax [1]  4824/22
FBI [3]  4845/20 4845/20 4845/21
feel [1]  4825/21
Fida [1]  4838/12
fifth [7]  4830/2 4832/21 4833/11
 4833/20 4834/7 4835/21 4837/22
figured [3]  4842/4 4842/4 4845/6
fill [1]  4840/4
find [5]  4837/1 4837/4 4837/19 4841/8
 4842/17
fine [2]  4836/6 4836/15
finish [2]  4829/17 4829/25

**F**

first [22]  4825/5 4826/2 4827/13
 4828/21 4829/19 4830/4 4830/5 4833/3
 4833/14 4833/14 4833/23 4833/23
 4834/3 4834/10 4835/9 4835/16
 4835/24 4837/25 4837/25 4839/18
 4840/25 4841/1
fit [1]  4830/22
flip [1]  4835/13
floor [2]  4838/23 4838/24
Florida [2]  4824/20 4846/22
fly [1]  4825/16
focus [2]  4831/22 4832/22
focused [1]  4831/4
focusing [1]  4828/20
folks [7]  4832/10 4832/22 4834/18
 4834/21 4844/10 4844/20 4846/18
following [1]  4835/19
foreperson [3]  4842/15 4842/15
 4842/18
Fort [1]  4824/20
four [4]  4835/1 4835/2 4838/13
 4838/14
frame [1]  4827/13
frankly [2]  4840/22 4847/4
fraud [2]  4832/4 4832/4
fraught [1]  4845/13
free [1]  4839/10
Friday [4]  4827/8 4828/1 4828/8
 4836/25
friendly [1]  4832/8
further [4]  4828/2 4829/3 4831/1
 4841/4

**G**

gather [1]  4844/18
gathered [1]  4842/1
gave [5]  4828/1 4840/21 4841/5 4841/9
 4845/20
generally [3]  4834/7 4835/20 4837/22
gentlemen [3]  4836/21 4838/6 4842/8
Georgette [1]  4824/21
Georgetteb25 [1]  4824/23
given [5]  4827/12 4828/5 4828/6
 4831/23 4843/25
gmail.com [1]  4824/23
goes [1]  4831/11
good [8]  4825/2 4825/3 4830/8 4836/21
 4845/2 4846/7 4846/10 4846/14
government [5]  4824/13 4830/17
 4834/16 4837/13 4845/24
government's [2]  4830/16 4830/25
gratitude [1]  4843/24
great [1]  4835/8
guess [5]  4826/23 4828/7 4830/6
 4832/14 4832/23
guilty [4]  4828/11 4842/17 4842/17
 4842/18
guys [1]  4834/19

**H**

hadn't [1]  4826/10
half [1]  4841/24
hand [1]  4842/14
handed [1]  4842/11
Hang [1]  4829/6
happened [2]  4826/14 4840/6
Happy [1]  4844/5

hard [2]  4835/11 4841/18
having [1]  4844/25
he [10]  4831/5 4831/9 4831/9 4831/10
 4831/12 4832/2 4832/6 4837/8 4840/7
 4846/4
hear [2]  4834/5 4841/2
held [1]  4831/6
highlights [2]  4831/13 4831/24
him [2]  4826/19 4831/6
himself [1]  4832/9
his [5]  4831/9 4832/5 4834/23 4845/18
 4846/5
holiday [4]  4825/3 4834/24 4836/22
 4844/6
Honor [17]  4835/3 4836/15 4839/5
 4840/10 4842/22 4842/25 4843/2
 4843/4 4843/6 4843/8 4843/10 4843/12
 4843/14 4843/16 4843/18 4843/20
 4843/22
Honor's [1]  4836/17
HONORABLE [1]  4824/9
hope [2]  4825/2 4836/22
hour [2]  4826/1 4841/24
HULDA [1]  4824/18

**I**

I'll [4]  4832/19 4834/14 4834/18 4836/4
I'm [15]  4827/4 4827/24 4828/14
 4829/16 4830/15 4832/11 4834/2
 4834/14 4836/24 4840/2 4840/17
 4841/7 4842/14 4846/1 4847/8
I've [1]  4836/25
identity [1]  4847/2
immediately [2]  4826/1 4846/5
impediment [1]  4828/16
important [2]  4831/15 4831/19
improve [1]  4845/1
in [50]
inability [1]  4826/19
inappropriate [1]  4841/8
include [1]  4830/13
indictment [3]  4837/3 4837/9 4837/16
infer [3]  4826/18 4827/19 4842/3
inference [2]  4826/5 4826/12
instructed [2]  4840/19 4840/24
instruction [18]  4825/11 4826/21
 4828/1 4828/18 4828/23 4828/25
 4829/14 4829/16 4830/1 4830/12
 4830/24 4832/25 4833/19 4835/22
 4836/18 4838/3 4840/21 4840/23
instructions [22]  4825/9 4829/4
 4829/18 4830/2 4830/3 4830/9 4831/15
 4832/12 4832/17 4833/11 4833/13
 4833/22 4834/6 4835/20 4836/1
 4837/21 4837/24 4838/4 4841/5
 4841/10 4841/22 4842/4
intended [2]  4837/6 4837/8
intending [1]  4837/15
interim [1]  4826/14
interpret [1]  4827/21
interrupting [1]  4834/9
introduction [1]  4830/22
invitation [1]  4845/10
involvement [1]  4831/9
is [49]
isn't [1]  4838/21
issue [8]  4828/3 4832/15 4833/5
 4839/4 4839/7 4840/23 4845/18 4846/1
issues [4]  4838/22 4841/19 4844/21

 4847/5
it [62]
itself [1]  4840/23

**J**

JEFFREY [1]  4824/6
JUDGE [4]  4824/10 4825/14 4826/23
 4846/13
Juror [24]  4842/24 4842/25 4843/1
 4843/2 4843/3 4843/4 4843/5 4843/6
 4843/7 4843/8 4843/9 4843/10 4843/11
 4843/12 4843/13 4843/14 4843/15
 4843/16 4843/17 4843/18 4843/19
 4843/20 4843/21 4843/22
jurors [5]  4838/21 4838/25 4839/14
 4845/9 4847/2
jury [28]
jury's [2]  4829/4 4840/12

**K**

KEITH [1]  4824/16
knew [2]  4837/6 4837/8
know [14]  4825/5 4831/16 4831/17
 4831/18 4832/8 4834/1 4834/14 4839/2
 4844/2 4844/13 4844/17 4845/10
 4845/13 4846/17
knowing [1]  4837/15
knowledge [1]  4829/7
KRISTIN [1]  4824/16

**L**

ladies [3]  4836/21 4838/6 4842/8
language [5]  4831/7 4831/18 4831/23
 4835/14 4835/19
last [2]  4833/10 4841/15
latest [1]  4842/9
Lauderdale [1]  4824/20
laundering [1]  4832/4
law [3]  4834/24 4836/9 4838/3
lawyer [1]  4846/10
lawyers [1]  4847/9
least [3]  4825/3 4825/18 4825/20
leave [4]  4835/23 4836/5 4836/7
 4845/13
left [1]  4840/19
length [2]  4843/25 4844/13
light [2]  4827/10 4840/2
likely [1]  4841/22
line [1]  4841/3
little [2]  4825/15 4834/20
locate [1]  4846/2
logical [2]  4827/21 4842/3
long [2]  4825/3 4844/22
longer [1]  4834/25
look [4]  4829/7 4832/11 4836/14
 4845/23
looked [2]  4840/12 4841/22 4842/3
looks [1]  4845/21
luck [1]  4846/8
lucky [1]  4846/11

**M**

MACE [1]  4824/16
Mace's [1]  4845/6
Manuel [3]  4824/18 4842/13 4842/16
marked [5]  4836/25 4838/11 4839/17
 4842/9 4842/12
maybe [4]  4831/23 4835/22 4841/24
 4847/9

## M

mean [4]  4830/7 4832/17 4833/6 4834/9
mechanical [1]  4824/24
member [2]  4831/19 4834/23
members [1]  4837/4
mentioned [2]  4829/23 4836/8
mere [7]  4829/7 4829/10 4830/10 4831/7 4831/13 4831/23 4832/7
might [2]  4828/13 4833/16
mind [1]  4846/19
minute [3]  4840/18 4844/11 4844/20
minutes [2]  4840/22 4841/24
mistrial [5]  4827/1 4827/4 4840/14 4840/17 4841/8
modify [1]  4833/10
moment [1]  4830/17
momentum [1]  4830/20
money [2]  4831/6 4832/4
more [6]  4825/15 4827/6 4827/25 4830/20 4833/8 4839/15
morning [3]  4825/2 4836/21 4841/20
motion [1]  4840/15
move [2]  4827/1 4827/3
Mr [7]  4840/6 4841/11 4845/20 4845/22 4846/12 4846/15 4847/8
Mr. [17]  4826/5 4826/11 4826/17 4827/11 4827/24 4828/2 4829/20 4830/14 4831/5 4835/6 4836/9 4836/13 4839/9 4842/15 4844/25 4846/16 4847/1
Mr. Burga [7]  4826/5 4826/11 4826/17 4827/11 4827/24 4828/2 4831/5
Mr. Foreperson [1]  4842/15
Mr. Udolf [8]  4830/14 4835/6 4836/9 4836/13 4839/9 4844/25 4846/16 4847/1
Mr. Udolf's [1]  4829/20
Ms [3]  4845/6 4846/7 4847/6
Ms. [6]  4834/22 4839/11 4839/23 4842/11 4842/14 4846/15
Ms. Abdallah [6]  4834/22 4839/11 4839/23 4842/11 4842/14 4846/15
much [9]  4832/7 4838/16 4839/1 4839/9 4839/15 4842/19 4843/23 4846/12 4846/13
must [2]  4837/4 4837/18

## N

named [2]  4837/3 4837/9
necessarily [1]  4840/20
need [7]  4826/20 4834/1 4835/9 4839/18 4839/20 4839/21 4845/15
needed [1]  4841/2
needing [2]  4831/16 4831/17
never [1]  4846/20
new [6]  4824/1 4824/4 4824/14 4824/15 4835/14 4844/5
nice [2]  4836/22 4846/7
nine [1]  4842/1
NITZE [2]  4824/15 4841/11
nonetheless [2]  4829/17 4830/21
norm [1]  4846/3
note [28]
notes [4]  4826/16 4827/21 4838/15 4845/5
nothing [2]  4830/19 4838/20
noting [1]  4827/17

## number [35]
Number 21 [1]  4837/1
Number 22 [1]  4838/11
Number 24 [2]  4838/16 4842/12
Number 25 [2]  4839/17 4842/10
numbers [1]  4839/11

## O

object [1]  4830/11
objection [1]  4830/16
objectives [1]  4831/18
obviously [5]  4838/22 4840/4 4845/16 4846/1 4846/4
occur [1]  4840/7
occurs [1]  4840/11
OCR [1]  4824/21
Oh [1]  4833/4
one [29]
open [2]  4825/1 4845/10
opinion [1]  4825/16
opportunity [1]  4825/15
ought [1]  4825/19
overemphasis [1]  4833/25
overly [1]  4831/24
overrule [1]  4830/15
own [1]  4841/6

## P

page [26]
page 19 [1]  4830/12
page 22 [4]  4829/5 4829/7 4830/21 4830/24
page 33 [7]  4828/21 4830/4 4833/14 4833/22 4835/24 4836/2 4837/24
page 36 [5]  4829/21 4833/15 4833/24 4836/3 4838/1
pages [13]  4828/10 4828/20 4829/13 4830/3 4832/12 4832/20 4833/2 4832/25 4833/12 4833/17 4833/21 4835/21 4837/23
pages 20 [6]  4832/12 4832/20 4833/12 4833/21 4835/21 4837/23
pages 22 [1]  4829/13
pages 33 [2]  4828/20 4830/3
PAMELA [1]  4824/9
paragraph [10]  4829/9 4829/20 4829/21 4830/4 4830/11 4830/13 4833/14 4833/23 4835/24 4837/25
paragraphs [6]  4830/5 4830/7 4833/3 4833/15 4833/23 4837/25
parentheses [1]  4837/3
part [10]  4828/17 4828/24 4829/7 4831/13 4832/17 4833/10 4834/1 4834/3 4834/10 4834/12
partial [2]  4825/7 4826/9
participate [3]  4834/17 4837/5 4837/14
participation [1]  4832/5
particular [9]  4830/4 4830/17 4831/4 4833/13 4833/17 4833/22 4835/23 4836/2 4837/24
particularly [1]  4844/13
parties [5]  4825/10 4828/18 4838/10 4844/2 4845/16
party [1]  4844/16
passed [1]  4834/24
passport [1]  4845/18
patient [1]  4844/24
Pause [3]  4839/13 4840/1 4844/23
people [3]  4832/5 4836/4 4845/9

## Perfect [1]  4835/5
perfectly [1]  4842/3
perhaps [2]  4835/25 4846/7
period [2]  4826/14 4835/25
person [1]  4832/8
phone [2]  4824/22 4839/11
phrase [1]  4836/1
picture [1]  4832/13
piece [1]  4831/24
PKC [1]  4824/2
place [1]  4847/1
Plaintiff [1]  4824/4
plan [1]  4836/17
Plaza [1]  4824/14
pleasure [1]  4846/13
plural [1]  4835/20
point [1]  4828/5
points [1]  4829/19
polled [1]  4842/21
portions [1]  4828/19
position [1]  4828/5
possibilities [1]  4841/3
possibility [1]  4828/10
possible [1]  4841/17
possibly [1]  4840/11
practical [1]  4827/5
preference [1]  4832/24
prepared [1]  4835/4
presence [6]  4829/10 4830/10 4831/7 4831/13 4831/23 4832/7
present [4]  4825/1 4839/4 4839/7 4846/23
presents [1]  4832/13
pretrial [2]  4845/19 4846/2
pretty [2]  4828/1 4839/1
prior [1]  4827/6
Proceedings [1]  4824/24
produced [1]  4824/24
proposals [1]  4828/7
propose [4]  4833/9 4833/9 4833/18 4835/19
proposed [2]  4834/10 4835/25
proves [3]  4834/16 4837/13 4839/14
province [1]  4841/7
public [1]  4838/25
put [2]  4835/25 4837/3

## Q

question [16]  4825/8 4826/24 4826/25 4828/9 4828/15 4830/19 4831/11 4832/15 4833/18 4833/24 4834/2 4834/15 4836/3 4837/11 4837/12 4841/3
quite [3]  4840/21 4841/14 4847/4

## R

racketeering [18]  4825/8 4825/9 4826/21 4830/2 4832/16 4832/18 4832/22 4833/12 4833/20 4834/8 4835/21 4837/2 4837/7 4837/9 4837/15 4837/19 4837/22 4842/16
raised [4]  4833/18 4833/24 4834/2 4836/4
rather [4]  4825/15 4827/20 4832/17 4840/13
reach [5]  4825/17 4825/23 4826/13 4827/7 4827/14
reached [4]  4826/5 4826/10 4827/22 4841/9

**R**

reaching [3]  4826/19 4828/16 4844/3
read [7]  4833/19 4834/12 4835/9
 4835/10 4836/17 4836/18 4839/16
reading [1]  4834/3
reads [3]  4837/1 4839/19 4842/10
real [1]  4828/12
really [4]  4830/22 4833/6 4838/20
 4844/14
reason [1]  4833/2
reasonable [3]  4834/16 4837/14 4842/3
recalls [1]  4828/24
received [5]  4825/6 4838/18 4839/25
 4840/2 4842/9
recollection [2]  4828/22 4829/1
recorded [1]  4824/24
reduce [1]  4846/11
refer [7]  4830/1 4830/10 4833/10
 4833/19 4834/6 4835/19 4837/21
reference [7]  4829/20 4830/18 4830/21
 4831/13 4832/20 4832/24 4833/2
referred [2]  4829/21 4830/12
referring [3]  4828/10 4828/19 4830/14
regard [3]  4834/15 4837/12 4847/1
regarding [3]  4829/4 4832/12 4832/21
regular [2]  4838/24 4844/19
reject [1]  4827/24
rejoined [1]  4844/19
relate [3]  4831/3 4831/5 4832/15
relatedly [1]  4830/6
relating [1]  4845/17
relative [2]  4831/12 4831/15
remaining [2]  4828/3 4844/21
remains [1]  4825/21
remember [1]  4829/18
remembers [1]  4829/15
remind [5]  4829/13 4829/15 4830/23
 4837/17 4838/2
rendered [1]  4827/18
renew [1]  4840/15
rephrase [1]  4833/16
Reporter [1]  4824/21
request [3]  4827/4 4829/20 4841/7
requested [1]  4828/18
resolve [1]  4825/20
resolved [2]  4827/16 4840/23
respect [2]  4830/10 4831/19
respond [2]  4826/15 4827/17
responding [1]  4827/6
response [3]  4837/11 4840/24 4842/2
responses [1]  4841/14
rest [2]  4825/3 4844/5
restful [1]  4836/22
restroom [1]  4839/21
return [3]  4834/23 4844/6 4845/25
returned [1]  4840/19
review [1]  4840/20
revised [3]  4836/14 4838/10 4838/17
right [16]  4825/25 4827/1 4828/14
 4829/11 4830/15 4832/14 4833/6
 4835/13 4836/10 4836/11 4836/24
 4838/12 4839/10 4841/21 4842/14
 4845/19
rise [4]  4838/7 4842/7 4842/15 4844/8
ROHDE [1]  4824/13
room [1]  4844/6
RPR [1]  4824/21
rules [2]  4839/2 4839/14

ruling [1]  4846/25

**S**

said [5]  4825/17 4825/23 4835/18
 4841/23 4845/5
SAM [1]  4824/15
save [1]  4826/6
say [9]  4829/12 4830/17 4830/22
 4830/23 4833/10 4833/16 4834/23
 4836/1 4841/11
saying [2]  4826/17 4827/14
schedule [1]  4845/16
season [1]  4844/6
seat [3]  4836/22 4838/9 4842/9
second [7]  4825/6 4826/24 4827/14
 4829/6 4835/13 4835/18 4836/24
secondly [1]  4828/16
seconds [1]  4840/14
see [2]  4833/4 4846/7
selected [1]  4830/7
send [4]  4836/14 4838/5 4838/10
 4839/18
sent [4]  4826/3 4826/7 4836/25 4845/4
sentence [1]  4832/7
separate [2]  4838/23 4838/24
sequence [1]  4827/12
service [4]  4843/24 4844/1 4844/14
 4845/12
services [2]  4845/19 4846/2
sheet [8]  4835/4 4836/14 4838/11
 4838/17 4839/18 4839/23 4842/12
 4842/13
short [2]  4827/13 4839/16
should [10]  4827/6 4828/5 4828/6
 4829/15 4838/2 4838/3 4845/3 4845/25
 4847/1 4847/1
showed [1]  4835/6
sided [1]  4828/23
single [2]  4829/15 4838/2
sit [1]  4844/10
sits [1]  4831/12
sitting [2]  4834/25 4834/25
situation [1]  4825/20
sorely [1]  4845/7
sorry [3]  4832/20 4834/14 4840/9
sort [4]  4831/4 4831/12 4831/13 4846/8
sounds [1]  4836/6
source [1]  4826/18
Southern [1]  4846/21
speak [4]  4844/17 4845/9 4845/11
 4846/16
specific [8]  4825/7 4829/21 4831/10
 4832/25 4833/17 4834/15 4837/2
 4837/12
specifically [5]  4828/20 4831/17
 4833/24 4834/2 4836/3
specified [1]  4837/16
standing [1]  4834/3
starting [1]  4830/12
STATES [5]  4824/1 4824/3 4824/3
 4824/10 4824/13
stating [1]  4838/3
statute [2]  4826/21 4832/16
stay [2]  4844/20 4847/1
stenography [1]  4824/24
still [14]  4825/12 4825/16 4825/21
 4826/4 4826/8 4826/10 4827/5 4827/10
 4827/11 4827/12 4827/19 4827/23
 4832/23 4834/3 4835/1

stopped [1]  4845/5
sufficient [4]  4832/2 4834/16 4837/7
 4837/13
suggest [1]  4847/9
suggested [1]  4827/8
suggestion [3]  4827/24 4832/11 4845/2
suggestions [1]  4845/1
Suite [1]  4824/19
summation [1]  4845/6
summations [2]  4845/3 4845/4
surface [1]  4825/18
surprised [1]  4845/21
system [1]  4845/2

**T**

temporary [1]  4826/19
terms [3]  4828/11 4832/5 4841/4
themselves [2]  4840/24 4842/5
these [3]  4832/3 4832/5 4841/19
they've [1]  4839/2
thinking [2]  4831/8 4831/24
this [28]
those [6]  4830/7 4832/6 4833/17
 4837/6 4841/3 4845/15
though [2]  4827/5 4838/22
three [2]  4827/20 4835/1
through [17]  4828/20 4829/13 4830/3
 4830/13 4832/13 4833/1 4833/1
 4833/12 4833/13 4833/21 4833/21
 4835/21 4835/22 4836/1 4837/23
 4841/16 4841/18
tight [1]  4844/11
time [7]  4827/13 4840/13 4840/18
 4841/15 4841/24 4841/25 4843/25
today [1]  4828/17
together [2]  4825/10 4844/18
told [1]  4845/7
took [2]  4840/22 4841/23
top [6]  4830/5 4833/4 4833/15 4833/23
 4836/3 4837/25
toto [1]  4833/19
towards [1]  4830/20
TRANSCRIPT [2]  4824/9 4824/24
transcription [1]  4824/24
travels [1]  4846/14
trial [3]  4824/9 4844/13 4847/11
try [1]  4846/2
trying [1]  4826/23
turning [1]  4836/24
Twenty [3]  4838/13 4838/14 4838/15
Twenty-four [2]  4838/13 4838/14
Twenty-two [1]  4838/15
two [16]  4827/16 4827/19 4827/22
 4828/23 4829/19 4830/5 4832/3 4832/3
 4833/3 4833/14 4833/23 4837/2 4837/8
 4837/15 4837/25 4838/15
two-sided [1]  4828/23
type [4]  4837/2 4837/9 4837/16
 4837/18
types [6]  4832/3 4832/3 4837/3 4837/9
 4837/16 4837/18

**U**

UDOLF [10]  4824/18 4830/14 4835/6
 4836/9 4836/13 4839/9 4840/6 4844/25
 4846/16 4847/1
Udolf's [1]  4829/20
unable [2]  4825/17 4826/13
unanimous [1]  4837/18

**U**

unanimously [1]  4837/1
underlined [1]  4837/8
UNITED [5]  4824/1 4824/3 4824/3
 4824/10 4824/13
up [4]  4826/24 4833/7 4841/5 4842/11
upon [1]  4830/1
us [4]  4834/19 4836/25 4841/23
 4841/23

**V**

valid [1]  4841/6
verdict [27]
verdicts [3]  4826/6 4827/18 4827/22
viewing [1]  4831/7
virtue [1]  4826/16

**W**

wait [2]  4841/14 4846/17
waiting [4]  4835/3 4840/8 4841/22
 4845/12
waive [1]  4826/25
watch [1]  4838/21
WEBB [1]  4824/6
week [2]  4839/1 4841/15
weekend [4]  4825/3 4825/14 4834/24
 4836/23
Welcome [1]  4842/8
well [8]  4825/22 4828/13 4829/5
 4829/9 4832/10 4832/15 4839/14
 4839/16
whole [5]  4829/18 4830/9 4834/13
 4834/14 4838/4
why [3]  4832/14 4840/8 4845/24
willing [2]  4845/9 4846/20
wire [2]  4832/3 4832/4
within [3]  4826/1 4832/25 4841/6
without [1]  4828/9
won't [1]  4844/22
word [1]  4825/22
work [2]  4841/13 4841/16
worked [1]  4841/18
working [1]  4841/18
worry [1]  4831/22
worth [1]  4827/17
would [25]
wouldn't [3]  4827/9 4846/19 4847/3
wrong [1]  4830/18

**Y**

year [2]  4843/25 4844/5
YORK [4]  4824/1 4824/4 4824/14
 4824/15
yourselves [1]  4835/10