# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Bradley R. Gershel
Tel: 212.223.0200 ext. 8034
Fax: 212.223.1942
gershelb@ballardspahr.com

September 28, 2018

*Via ECF*

Clerk of the Court
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Napout et al.*
      15-CR-252 (PKC)

To the Clerk of the Court:

When filing the Notice of Appeal on behalf of our client, José Maria Marin in the above-referenced matter (ECF Dkt. No. 1027), we were charged twice by the Court's EM/ECF system. In that regard, attached please find two payment confirmations related to this filing. We respectfully request a refund for one of the two payments of $505, which was made in error.

Thank you for your attention to this matter.

Sincerely,

/s/ BRG

Bradley R. Gershel

This application for refund of fees paid electronically is approved. The attorney has made the following payments:

**1:15-cr-00252-PKC-RML**, Stillman, Charles Allen, 2018-09-24 16:07:28, Notice of Appeal - Final Judgment(1:15-cr-00252-PKC-RML) [appeal-cr ntcapp] ( 505.00), CreditCard, **0207-10750228**, $ 505.00

**1:15-cr-00252-PKC-RML**, Stillman, Charles Allen, 2018-09-24 16:11:13, Notice of Appeal - Final Judgment(1:15-cr-00252-PKC-RML) [appeal-cr ntcapp] ( 505.00), CreditCard, **0207-10750375**, $ 505.00

Counsel should be refunded the payment made with receipt number **0207-10750228**.

APPROVED ON 10/05/2018
DOUGLAS PALMER, CLERK OF COURT
by s/Tiffeny Lee, Case Processing Supervisor

