

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN:KTF

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 10, 2019

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Juan Ángel Napout, et al.</u>
             <u>Criminal Docket No. 15-252 (S-2) (PKC) (RML)</u>

Dear Judge Chen:

      The government respectfully writes to request that the Court unseal pages 3762 through 3767 of the trial transcript in the above-captioned case to allow the parties to discuss these portions of the transcript in their appellate briefs and in oral argument before the Court of Appeals. These pages of the transcript were redacted during trial because they took place at sidebar. Because the trial is long over and the sidebar simply discussed an evidentiary matter, there is no basis for them to remain under seal. Counsel for defendants Napout and Marin consent to this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Samuel P. Nitze
      M. Kristin Mace
      Keith D. Edelman
      Kaitlin T. Farrell
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Counsel of record (by ECF)
      Clerk of Court (PKC) (by ECF)